United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-15001-jkf
Jacqueline R Huttenberger                                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD           Page 1 of 1                  Date Rcvd: Jan 25, 2019
                          Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db             +Jacqueline R Huttenberger,    6013 Hegerman Street,    Philadelphia, PA 19135-3709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
      ANTHONY   ARECHAVALA    on behalf of Debtor Jacqueline R Huttenberger legaloptions@comcast.net
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Jacqueline R Huttenberger : Case No. 18–15001–jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , 25th of January 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court